# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALACIOS, et al.,<br><br>　　　　Defendants. | 1:18-cv-00763-GSA-PC<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY<br>(ECF No. 11.) |

Tiengkham Singanonh ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 24, 2018. (ECF No. 1.) On August 2, 2018, Plaintiff filed a motion to compel discovery. (ECF No. 11.)

Plaintiff's motion is premature as discovery has not been opened in this case. The court will issue a scheduling order opening discovery after the Complaint has been served and one or more of the defendants has filed an Answer to the Complaint. At this stage of the proceeding Plaintiff's Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states a cognizable claim(s). Therefore, it is not time for discovery in this action, and Plaintiff's motion to compel discovery at this stage of the proceedings shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to compel discovery, filed on August 2, 2018, is DENIED.

IT IS SO ORDERED.

　Dated: __**August 6, 2018**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE